JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevnson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEILA SHAFAATI, an individual;<br><br>Plaintiff<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; a foreign corporation d/b/a SMITH'S; and DOE EMPLOYEES I-X; and ROE COMPANIES I-X;<br><br>Defendants | Case No. 2:23-cv-00953-CDS-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ., and POOJA KUMAR, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and DARREN J. LACH, ESQ. of LACH INJURY LAW, counsel for Plaintiff LEILA SHAFAATI as follows:

1. Plaintiff LEILA SHAFAATI'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

//

//

//

//

//

NG-C2N3CBX6 4860-7612-9700.1

2. That any pending court appearances and filing deadlines be vacated.

RESPECTFULLY SUBMITTED this 15th day of February, 2024.

| LACH INJURY LAW | COOPER LEVENSON, P.A. |
|---|---|
| */s/ Darren Lach* | */s/ Pooja Kumar* |
| Darren Lach, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 09606 | Nevada Bar No.: 1107 |
| 8870 S. Maryland Pkwy., Suite 135 | Pooja Kumar |
| Las Vegas, Nevada 89123 | Nevada Bar No.: 012988 |
| *Attorneys for Plaintiff* | 3016 West Charleston Blvd. - #195 |
| *Leila Shafaati* | Las Vegas, NV 89102 |
|  | *Attorneys for Defendant* |
|  | *Smith's Food & Drug Centers, Inc.* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case. **IT IS SO ORDERED.**

DATED: February 16, 2024

_____
UNITED STATES DISTRICT JUDGE